FILED'07 AUG 07 16:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES H. TAYLOR, et al.,       )   Civil No. 06-3041-CL
                               )
        Plaintiffs,            )   **ORDER**
                               )
    v.                         )
                               )
SANDRA COOKSEY,                )
                               )
        Defendant.             )

**PANNER, Judge.**

On July 3, 2007, Magistrate Judge Clarke filed his Report and Recommendation (docket # 29), recommending denial of Defendant's motion to dismiss or transfer venue (# 4), which was converted into a motion for summary judgment (# 13). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 29) is adopted. The Motion (# 4) to Dismiss or transfer venue, or for Summary Judgment (# 13), is denied.

IT IS SO ORDERED.

DATED this 7th day of August, 2007.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Owen M. Panner
　　　　　　　　　　　　United States District Judge

2 - ORDER